

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re )   Case No. LA03-39957BR
)   ORDER TO PAY UNCLAIMED FUNDS
Reynalda Mendoza )
)
)
)
)
Debtor (s) )
)

It appears that a check made payable to CITIBANK USA/SEARS in the amount of $965.52, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on September 9, 2005 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that CITICORP, N.A. for CITIBANK USA/SEARS now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $965.52 to CITICORP, N.A., 3800 Citigroup Center Dr., Location, G3-4, Tampa, FL 33610. Attn: Kathleen S. Allen.

_____    3/9/10
United States Bankruptcy Judge         Date

JUDGE - REV. 04/00